

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2015

No. 04-15-00318-CV

**GEMINI INSURANCE COMPANY** and Berkley Oil & Gas Specialty Services, LLC,
Appellants

v.

**DRILLING RISK MANAGEMENT, INC.,**
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 12-066
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Appellants' fourth motion for extension of time to file brief is hereby GRANTED.


_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court